# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| POMDREST J. HENRY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:19-CV-00681-ELR |
| | * | |
| INTERLOGIX, | * | |
| | * | |
| Defendant. | * | |
| | * | |

## ORDER

On March 26, 2019, the Court entered an Order allowing Plaintiff's claims to proceed after passing a frivolity review pursuant to 28 U.S.C. § 1915(e). [Doc. 5]. The Court directed the Clerk to send Plaintiff USM 285 forms, summons, and an initial disclosures form. The Court directed Plaintiff to complete the USM 285 forms, summons, and initial disclosures form and to return them to the Clerk within thirty (30) days from March 26, 2019. The Court warned Plaintiff that failure to comply with these instructions in a timely manner could result in the dismissal of this case.

The docket shows that the Clerk mailed the required forms on March 27, 2019, to the last address Plaintiff provided to the Court. There has been

no response from Plaintiff, including a return of the completed forms nor an updated address.  Thus, dismissal is warranted for Plaintiff's failure to comply with the Court's Order.  <u>See</u> LR 41.3, NDGa.  Moreover, Defendant has not been served since the Court approved Plaintiff's Complaint.

Accordingly, the Court **DISMISSES** this case.

**SO ORDERED**, this 7th day of May, 2019.

*Eleanor L. Ross*
Eleanor L. Ross
United States District Judge
Northern District of Georgia