UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

POMDREST J. HENRY,

        Plaintiff,

vs.

INTERLOGIX,

        Defendant.

CIVIL ACTION FILE

NO. 1:19-cv-681-ELR

## JUDGMENT

This action having come before the court, the Honorable Eleanor L. Ross, United States District Judge, it is

**Ordered and Adjudged** this action is DISMISSED due to Plaintiff's failure to comply with the court's order.

Dated at Atlanta, Georgia, this 7th day of May, 2019.

                              JAMES N. HATTEN
                              CLERK OF COURT

                By:    s/Jill Ayers
                            Deputy Clerk

Prepared and Entered
in the Clerk's Office
May 7, 2019
James N. Hatten
Clerk of Court

By:    s/Jill Ayers
        Deputy Clerk